```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

CANDICE M. WILLIAMS,               :
                                   :
    Plaintiff,                     :
                                   :
vs.                                :       CIVIL ACTION 11-0421-M
                                   :
MICHAEL J. ASTRUE,                 :
Commissioner of Social Security,   :
                                   :
    Defendant.                     :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Candice M. Williams and against Defendant Michael J. Astrue.

DONE this 2nd day of May, 2012.

                                          s/BERT W. MILLING, JR.
                                        UNITED STATES MAGISTRATE JUDGE