```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

CANDICE M. WILLIAMS,                    :
                                        :
    Plaintiff,                          :
                                        :
vs.                                     :    CIVIL ACTION 11-0421-M
                                        :
MICHAEL J. ASTRUE,                      :
Commissioner of Social Security,        :
                                        :
    Defendant.                          :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Candice M. Williams and against Defendant Michael J. Astrue.  It is further **ORDERED** that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $720.04.

DONE this 26th day of July, 2012.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE